AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

2008 OCT 21 AM 9:50

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR404-00163-001 |
| Ahmad Jamal Dames ) | USM No: 12002-021 |
| Date of Previous Judgment: December 20, 2004 ) | Dolly Chisholm |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __81 months__ months **is reduced to** __75 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 15 | Amended Offense Level: | 13 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 21 to 27 months plus 60 months | Amended Guideline Range: | 15 to 21 months plus 60 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence. The sentence of 75 months consists of terms of 15 months as to Count 3 and 60 months as to Count 2, to be served consecutively.

Except as provided above, all provisions of the judgment dated __December 20, 2004,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: October 20, 2008

Judge's signature

William T. Moore, Jr.
Chief Judge, U. S. District Court
Printed name and title

Effective Date: _____
(if different from order date)